UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT ALAN LLOYD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:25-cv-0963-MTS |
| KIMBERLEE HANSEN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Well over ninety days have passed since Plaintiff[*] filed this action, but there is no indication in the record of service having been completed, *see id.* at 4(*l*)(1), nor an indication that Defendants agreed to waive service, *see id.* at 4(d)(4).

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday**, **November 13, 2025**, Plaintiff must serve Defendants and file proof of service or file Defendants' signed waivers

---

[*] Plaintiff is responsible for having the summons and complaint served on Defendants. *See* Fed. R. Civ. P. 4(c). It makes no difference that Plaintiff here is *pro se*. *See DiCesare v. Stuart*, 12 F.3d 973, 980 (10th Cir. 1993) ("A pro se litigant is still obligated to follow the requirements of Fed. R. Civ. P. 4."); *Davis v. D.C. Dep't of Corr.*, 1:25-cv-1895-JMC, 2025 WL 1743940, at *2 n.1 (D.D.C. June 24, 2025) (noting same).

of service.  Failure to do so will result in the dismissal of this action without prejudice pursuant to Rule 4(m).

    Dated this 3rd day of November 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE