UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENT ALAN LLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-0963-MTS |
| ) | |
| KIMBERLEE HANSEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff has failed to properly serve Defendants. *Compare* Doc. [4], *with* Fed. R. Civ. P. 4(a)(1)(F)–(G), *and id.* at 4(c)(1), *and id.* at 4(i)(2). Pursuant to Federal Rule of Civil Procedure 4(m), and this Court's Memorandum and Order dated November 03, 2025, *see* Doc. [3], the Court will dismiss the unserved Defendants in this matter without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kimberlee Hansen and Defendant Department of Veteran Affairs are **DISMISSED** from this action without prejudice. All Defendants in this matter having been dismissed, the Court will enter herewith an Order of Dismissal, which will dismiss this action without prejudice.

Dated this 17th day of November 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE